STATE OF WISCONSIN     CIRCUIT COURT     MILWAUKEE COUNTY

In re: Sandra J. Marshall )
       Donald D. Marshall )
                                     )    Case No. 09-32842
                                     )
                                     )

## STIPULATION FOR DIVISION OF ASSETS

Donald D. Marshall hereby stipulates to the partial assignment of his exemption (Schedule C) to Sandra J. Marshall. As reflected in Amended Schedule C (attached), the Bankruptcy Trustee, Virginia George, is authorized to send $10,000 of the exempt funds to the co-debtor Sandra Marshall with the balance of the exempt funds then being remitted to Donald Marshall. This authorization is contingent upon the receipt of funds from a pending civil claim against the Archdiocese of Milwaukee, *Marshall v. Archdiocese of Milwaukee*, File No.: 2008-CV-10160.

                               _____
                               Virginia George
                               Law Office of Virginia George, S.C.
                               4210 N. Oakland Ave.
                               Shorewood, WI 53211

Subscribed and sworn to before me      _____
this 2 day of August, 2013.                 Donald Marshall
_____
Notary Public